The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS WALLER, an individual,

      Plaintiff,

v.

PACIFIC UNION FINANCIAL, LLC, a California Corporation, UBI No. 602 531 677

      Defendant.

No. 2:18-cv-01309-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

This matter came before the Court on the parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines. Having considered the submissions of the parties, it is hereby ORDERED that the discovery deadline is extended by sixty (60) days to September 6, 2019 and the dispositive motion deadline is extended by forty-five (45) days to September 20, 2019.

IT IS SO ORDERED this 9 day of July, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BARRAN LIEBMAN LLP
Sean P. Ray, WSBA No. 47152
Attorneys for Defendant Pacific Union Financial