UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS WALLER, an individual,

Plaintiff,

v.

PACIFIC UNION FINANCIAL, LLC, a
California Corporation, UBI No. 602 531 677,

Defendant.

CASE NO. C18-1309 RSM

ORDER DENYING STIPULATED
MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Motion for Protective Order. Dkt. #12. The parties have adapted the Court's model protective order without providing a redlined version identifying departures from the model, as required by Local Rule 26(c)(2).

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as required by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these instructions and instead drafted an order referring to the vague categories of "confidential,

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

private, personal, business-confidential information, proprietary information, or information which is otherwise considered protected under any applicable law…" Dkt. #12 at 2.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the Model Protective Order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order (Dkt. #12) is DENIED.

DATED this 26th day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE