THE HONORABLE RICARDO S. MARTINEZ

DENNIS WALLER

    Plaintiff(s),

vs.

PACIFIC UNION FINANCIAL, LLC, a California Corporation,

    Defendant(s).

Case No. 2:18-cv-01309-RSM

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, for termination and dismissal of the above entitled matter. Having considered the submissions of the parties, it is hereby ORDERED that all dates and schedules previously set are stricken and that the above entitled matter is terminated in its entirety and dismissed with prejudice and without costs or fees awarded to either party.

IT IS SO ORDERED this 28 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH
PREJUDICE (Case No. 2:18-cv-01309-RSM)

PAGE - 1

BACKLUND LAW FIRM, PLLC
1833 N. 105TH ST., SUITE 101
SEATTLE, WA 98133
PHONE: 206-745-2839

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | By: /s/ Andrew J. Backlund |
| 4 | ANDREW J. BACKLUND, WSBA #45775<br>Email: andy@backlundlawfirm.com |
| 5 | 1833 N. 105th Street, Suite 101<br>Seattle, Washington 98133-8973 |
| 6 | Telephone: (206) 745-2839 |
| 7 | *Attorney for Plaintiff* |
| 8 | By: /s/ Sean P. Ray<br>SEAN P. RAY, WSBA #47152 |
| 9 | Email: sray@barran.com<br>601 SW Second Avenue, Suite 2300 |
| 10 | Portland, OR 97204-3159 |
| 11 | (503) 228-0500 |
| 12 | *Attorney for Defendant* |

ORDER OF DISMISSAL WITH
PREJUDICE (Case No. 2:18-cv-01309-RSM)

PAGE - 2

**BACKLUND LAW FIRM, PLLC**
1833 N. 105TH ST., SUITE 101
SEATTLE, WA 98133
PHONE: 206-745-2839